IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 2:18-cr-00029-KS-MTP-001

MIRANDA N. MCLAURIN

ORDER

THIS CAUSE IS BEFORE THE COURT on request by Miranda N. McLaurin (Movant) for credit completing the RDAP program while she was housed at FCI Danbury. The Court has considered the request, consulted with the United States Attorney's Office, and finds that there is no objection to the Court making this recommendation. The Court considering the proof submitted by the Movant finds that the recommendation should be made.

NOW, THEREFORE, IT IS HEREBY RECOMMENDED that Movant, Miranda McLaurin be, and it is hereby recommended that she should be given credit for completing the Residential Drug and Alcohol Program (RDAP),

SO ORDERED this the ___2nd___ day of March, 2022.


                                        ___s/Keith Starrett_____
                                        UNITED STATES DISTRICT JUDGE